JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS J. CULPEPPER,<br>Petitioner<br>v.<br>HERIBERTO H. TELLEZ,<br>Respondent. | Case No. 2:20-cv-04564-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Case,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: June 12, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE